UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO.: 3:05CV372-K

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **ENTRY OF DEFAULT** |
| V. | ) | |
| ONE 1998 TOYOTA CAMRY, | ) | |
| Defendant. | ) | |

It appearing from the Plaintiff's application and from the record, including the Court's file, that no person has filed a claim and answer in this matter;

The Court HEREBY ENTERS DEFAULT against all persons in the world.

Signed: March 7, 2006

David C. Keesler
United States Magistrate Judge